# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0911
LT Case No. 1997-CF-009899-A

_____

ALONZO MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Alonzo Moore, Raiford, pro se.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

September 30, 2025


PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____